

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-42,327-30

### IN RE CARLTON STROUD, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1997-CR-3770-W9 IN THE 290TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Bexar County, that the trial court entered a timely order designating issues on February 17, 2022, and that his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Bexar County, shall forward Relator's habeas application to this Court within fifteen days from the date of this order. This motion for leave to file will be held until Respondent has complied with this order. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5).

Filed:  SEPTEMBER 07, 2022
Do not publish